

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-14-00290-CR

NATHAN THOMAS DANIEL                                        APPELLANT

V.

THE STATE OF TEXAS                                                STATE

----------

FROM THE 43RD DISTRICT COURT OF PARKER COUNTY
TRIAL COURT NO. CR14-0063

----------

## CONCURRING MEMORANDUM OPINION[1]

----------

By stating that Appellant has provided no authority to show that the search was unlawful, the majority appears to shift from the State the burden of showing the presumptively unreasonable search to be lawful. A warrantless search or seizure is per se unreasonable unless it falls under a recognized exception to the

---

[1] *See* Tex. R. App. P. 47.4.

warrant requirement.[2]  The State bears the burden to show that a warrantless search was reasonable.[3]  With this note, I concur in the result only.

/s/ Lee Ann Dauphinot

LEE ANN DAUPHINOT
JUSTICE

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED:  April 23, 2015

---

[2]*Katz v. United States*, 389 U.S. 347, 357, 88 S. Ct. 507, 514 (1967); *Walter v. State*, 28 S.W.3d 538, 541 (Tex. Crim. App. 2000).

[3]*State v. Woodard*, 341 S.W.3d 404, 412 (Tex. Crim. App. 2011).